## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| PLASTIC THE MOVIE LIMITED, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:15-cv-00387-BJD-JBT |
| ) | |
| v. ) | |
| ) | |
| JOHN DOE subscriber assigned IP address ) | |
| 66.177.132.49, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### NOTICE OF FILING SUBPOENA

PLEASE TAKE NOTICE, pursuant to the Court's Order at CM/ECF 8, Plaintiff, Plastic The Movie Limited, files the attached subpoena which is the subject of its Motion at CM/ECF 7.

Dated:  April 23, 2015

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ David F. Tamaroff
　　　　　　　　　　　　　　　　　　　　　　**DAVID F. TAMAROFF**
　　　　　　　　　　　　　　　　　　　　　　Fla. Bar No. 92084
　　　　　　　　　　　　　　　　　　　　　　david@tamarofflaw.com
　　　　　　　　　　　　　　　　　　　　　　**DANIEL F. TAMAROFF**
　　　　　　　　　　　　　　　　　　　　　　Fla. Bar No. 92083
　　　　　　　　　　　　　　　　　　　　　　dan@tamarofflaw.com
　　　　　　　　　　　　　　　　　　　　　　**TAMAROFF & TAMAROFF, P.A.**
　　　　　　　　　　　　　　　　　　　　　　169 East Flagler Street, Suite 1633
　　　　　　　　　　　　　　　　　　　　　　Miami, Florida 33131
　　　　　　　　　　　　　　　　　　　　　　Tel:   (305)   350-7440
　　　　　　　　　　　　　　　　　　　　　　Fax:  (305)   350-7441
　　　　　　　　　　　　　　　　　　　　　　admin@tamarofflaw.com
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

　　　　　　　　　　　　　　　　　　　　　　By: /s/ *David F. Tamaroff*